IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SHAWN THOMAS LACHAT**, <br><br> Petitioner, <br><br> v. <br><br> **KIMBERLY HENDRICKS**, <br><br> Respondent. | Case No. 6:24-cv-00578-JR <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |

**IMMERGUT, District Judge.**

No objections to Judge Russo's Findings and Recommendation ("F&R"), ECF 27, have been filed, and this Court adopts in full the F&R. Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

This Court ADOPTS Judge Russo's F&R, ECF 27, and DENIES Petitioner's habeas petition, ECF 1. This Court DECLINES to issue a Certificate of Appealability because Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**.

DATED this 2nd day of March, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge